# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-4513
_____

United States of America,

*Plaintiff - Appellee,*

v.

Bryon Welton,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: July 21, 2017
Filed: July 27, 2017
[Unpublished]

_____

Before COLLOTON, MURPHY, and KELLY, Circuit Judges.

_____

PER CURIAM.

Federal prisoner Byron Welton appeals the district court's[1] order committing him under 18 U.S.C. § 4245 for hospitalization and mental health treatment. During the pendency of this appeal, however, the district court granted the government's motion to dismiss the commitment petition and to transfer Welton, citing a report that Welton had recovered and was ready for discharge. Accordingly, we dismiss the appeal as moot. Counsel's motion to withdraw is granted.

_____

[1]The Honorable Douglas Harpool, United States District Judge for the Western District of Arkansas, adopting the report and recommendation of the Honorable David P. Rush, United States Magistrate Judge for the Western District of Missouri.